## MAYER v. KARAGHUESIAN.

(Circuit Court, S. D. New York. February 2, 1909.)

REMOVAL OF CAUSES (§ 86*)—PETITION—ALIENS.

A removal petition by an alien, failing to allege that he is a nonresident of the state, is fatally defective.

[Ed. Note.—For other cases, see Removal of Causes, Cent. Dig. §§ 170, 173; Dec. Dig. § 86.*]

On Motion to Remand.

Morchauser & Haysradt, for plaintiff.
Bertrand L. Pettigrew, for defendant.

NOYES, Circuit Judge. The petition for removal is wholly insufficient, in that it fails to allege that the defendant is a nonresident of this district. The allegations that he is an alien, and not a citizen of the state of New York, are quite consistent with his residence here.

The motion to remand is granted, and an order may be entered accordingly.